Ronald J. Ellett (Bar No. 012697)
*ELLETT LAW OFFICES, P.C*
2999 North 44th Street, Suite 330
Phoenix, Arizona 85018

Attorney for **Debtor**

# In the United States Bankruptcy Court for the District of Arizona

| | |
|---|---|
| In Re: | Case No. 13-bk-8431-DPC |
| Vintage Condominium Development, LLC | **Debtor's Written report for Chapter 11 Status Conference** |
| Debtor. | Hearing Date: June 27th, 2013<br>Time: 1:30 pm<br>Location: 230 N. First Ave.<br>Phoenix, Arizona<br>6th Floor, Courtroom #601 |

The Debtor hereby submits the following report in response to the Court's Order requiring a report.

**1. The nature of the Debtor's operations and the factors leading up to the Chapter 11 filing.**

The Debtor owns two sets of real estate. The most valuable property is 104 luxury condominium units located at 1303 West Juniper in Gilbert, Arizona 85233. The Debtor was in possession of and managed the property for a 6-year period up until April 30, 2013, when a receiver was appointed by the state court (without any actual notice to Vintage Condominium Development, LLC). Vintage Condominium Development, LLC ("Vintage") filed its bankruptcy petition on May 17, 2013, and on that day Vintage was initially given possession of the property and changed the locks. Then, at 2 a.m. on May 18th, 2013 the Receiver or her agents illegally broke into the real property and posted armed guards at the property. On May 21, 2013, the Debtor filed a complaint for wilful stay violation against the Receiver. On the morning of May 22, 2013, the Receiver finally returned possession to the Debtor. Since that time, the Debtor has been in possession and managing the property.

Parkway Bank & Trust Company filed a Motion to Excuse Turnover which the court heard on an expedited basis. In response to the Motion, the Debtor submitted four affidavits and an appraisal that established that since the Receiver took over on April 30, 2013, the property has

rapidly deteriorated. The receiver plainly lacked the knowledge and experience necessary to maintain the Vintage as a luxury complex. The Debtor has now begun the work of recovery from the 22 day nightmare that was the Receiver's reign over the property.

The list of the Receiver's failings is remarkable. First the Receiver terminated the maintenance man, the pool man, and the landscaping service. With no one pick up the trash or move the trash, the property soon was littered with trash. Owen Aff. ¶ 5; Lupypciw Aff. ¶ 7; Affidavit of Brenden Dilley, ¶ 6, attached as Exhibit C (hereinafter "Dilley Aff. ¶ __"); Thomas Kirchhof, ¶ 6, attached as Exhibit D (hereinafter "Kirchhof Aff. ¶ __"). It gets worse. The Vintage is pet friendly and has dog stations for obtaining plastic bags and disposing of dog feces. Without a maintenance man, there was no one removing the feces or restocking the plastic bags. Without the customary means of disposing of the feces, the residents merely left the feces on the complex grounds. It gets worse. Without a maintenance man the feces just remained on the grounds and attracted a horde of flies. Lupypciw Aff. ¶ 7; Owen Aff. ¶ 5; Kirchhof Aff. ¶ 5. It gets worse.

The Receiver stopped watering the lush vegetation. The grass is dead. Many of the plants are distressed or dead. Lupypciw Aff. ¶ 5; Owen Aff. ¶ 4; Dilley Aff. ¶ 5; Kirchhof Aff. ¶ 5. It is unclear if the Receiver stopped watering out of spite or utter incompetence, but it hardly matters now. While the Receiver claims that Mr. Lupypciw, the manager of Vintage, shut off the water. The attached affidavit establishes that none of the water accounts have ever been shut off. Kirchhof Aff. ¶ 10. Her blame shifting is unfortunate and false. Moreover, Mr. Lupypciw cares deeply for the success and condition of the Vintage, having even contributed his own funds to have it painted six months ago. Lupypciw Aff. ¶ 4. The affidavits and the recent apprisal establish that the property was properly maintained and managed - prior to the Receiver's nightmarish reign.

The appraisal establishes that on March 29th, 2013, the complex had no deferred maintenance and was being maintained in a manner consist with it's "A" Ranking as a complex. It had a strong 93% occupancy rate.

The Debtor's second parcel is a vacant building located at 3510 North Miller Road, Scottsdale Arizona 85251. The Debtor hopes to re-zone the property to a higher and better use that will dramatically improve the value of the property.

**2. Professionals Appointed**

The Debtor has sought and obtained the appointment of Ellett Law Offices, P.C. as counsel.

**3. Cash Collateral**

An interim order was entered on June 24th, 2013 approving a stipulation between the Debtor and the Parkway Bank & Trust Company regarding cash collateral..

**4. Deadline for filing Plan and Disclosure Statement**

The Court has set September 1st, 2013 as the date for filing the plan and disclosure.

**5. Deadline for Filing Proofs of Claim**

The Debtor requests that September 15th, 2013 be set as the deadline for filing proofs of claims.

**6. Status of the Debtor's Post-Petition Operations**

The Debtor has negotiated a cash collateral agreement and expects to finalize a stipulation relating to Parkway Bank & Trust Company's motion to appoint a trustee in the next few days. (Drafts are being circulated between counsel). The Debtor has now begun the work of recovery from the 22 day nightmare that was the Receiver's reign over the condominium property. The Debtor continues its efforts towards re-zoning the Scottsdale parcel with the vacant building.

**7. Status of Any Litigation Involving the Debtor**

There are two litigation matters pending. The first is Parkway Bank & Trust Company's motion to appoint trustee. The second is the Debtor's stay violation action. As aforesaid, the receiver turned over the property shortly after the filing fo the stay violation suit. The Debtor has not yet served the suit. The Debtor is evaluating the matter and other claims it may have against the Receiver before deciding if it will be appropriate to proceed with any action against the Receiver.

| | |
|---|---|
| Respectfully submitted this 24th day of June, 2013. | |
| | Ronald J. Ellett, P.C. |
| | |
| | ___Ronald J. Ellett___ |
| | Attorney for Debtor |
| | Ellett Law Office, P.C. |
| | 2999 N 44th St., Suite 330 |
| | Phoenix, AZ 85018 |

COPY of the foregoing mailed on this 24th day of June, 2013 to:

All entities on the Master Mailing Matrix.

  /s/ Helen Santilli